```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUSCEMI, LLC,
*Plaintiff*

v.

STYLELINE STUDIOS, LLC d/b/a
J/SLIDES, J/SLIDES NYC and J/SLIDES
FOOTWEAR; HSN, INC.; DILLARD'S,
INC.; BELK, INC.; and JILDOR SHOES
INC.;
*Defendants*

Civil Action No. 1:17-cv-3971-LGS

## STIPULATED ORDER OF DISMISSAL

THIS MATTER is before this Court for entry of a dismissal of this action with respect to all parties;

WHEREAS Plaintiff Buscemi, LLC ("Buscemi") and Defendant Styleline Studios, LLC ("Styleline") have resolved the claims in the present action and all parties have agreed to the entry of this order;

IT IS ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a), Styleline's counterclaim for invalidity of U.S. Patent D 787,172 is hereby dismissed without prejudice. All other

Dated: January 30, 2018
New York, New York

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

claims and counterclaims brought by Buscemi and Styleline in this action are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees, expenses and costs.

DATED:       January 29, 2018

*[signature]*

Scott R. Samay (SS 5104)
Email: ssamay@winston.com
Aldo A. Badini
Email: abadini@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for Defendant Styleline Studios, LLC*

*[signature]*

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Robert L. Epstein (RE 8941)
repstein@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Kerry B. Brownlee (KB 0823)
kbrownlee@ipcounselors.com
**EPSTEIN DRANGEL LLP**
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391

*Attorneys for Plaintiff Buscemi, LLC*

**SO ORDERED:**

Hon. Lorna G. Schofield
United States District Judge

_____
**U.S.D.J.**